# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MIXON SEED SERVICE, INC., A.G. SOUTH GENETICS, LLC, and UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.,   :<br><br>Plaintiffs,   :<br><br>v.   :<br><br>BRINSON FARM SUPPLY, INC.,   :<br><br>Defendant.   : | CASE NO.: 1:23-CV-137 (LAG) |

## ORDER

Before the Court is the Parties' Joint Motion for Entry of a Protective Order (Joint Motion) (Doc. 28). Therein, the Parties represent that they "anticipate that discovery in this action will involve the exchange of documents and information that may contain confidential, proprietary, trade secret, or otherwise sensitive information." (*Id.* ¶ 1). The Parties request that the Court enter the Parties' Agreed Protective Order (Doc. 28-1) to "protect such materials from unnecessary disclosure while ensuring fair discovery[.]" (Doc. 28 ¶ 2). The Parties represent that "the Parties' Agreed Protective Order provides appropriate safeguards for confidential, proprietary, and personal information; limits the use and dissemination of such information to the needs of this litigation; and establishes a clear framework for designating, handling, and challenging confidential materials." (*Id.* ¶ 4).

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . . and postpone[] the necessary showing of 'good cause' required for entry of a protective

order until the confidential designation is challenged." *Chi. Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (first citing Fed. R. Civ. P. 26(c)(7); and then citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)). Accordingly, the Court finds a protective order is warranted to facilitate discovery. The Parties' Joint Motion (Doc. 28) is **GRANTED**, and the Parties' Agreed Protective Order (Doc. 28-1) is hereby **ADOPTED** and made the **ORDER** of the Court.

    **SO ORDERED**, this 11th day of March, 2025.

    /s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**